**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 11/30/2012 # of months: |
|---|---|---|---|
| **VIRGINIA BOOKER BROWN** | **11-61332** | **09/28/2012** | |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned **has failed to file a Modified Plan within 30 days pursuant to Order Suspension Plan Payments entered on 9/28/2012.**

**PLEASE TAKE NOTICE** that on **January 31, 2013** at **09:30 am**, in U. S. Courthouse, 1101 Court Street, Lynchburg, VA 24504-the Trustee will present and argue the foregoing Petition to Dismiss.

*__The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.__*

I hereby certify that on 11/30/2012, copies of this Petition and Notice have been mailed to, Debtor, VIRGINIA BOOKER BROWN, 1787 RIDGE ROAD, ARVONIA, VA  23004, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin
Herbert L. Beskin Chapter 13 Trustee

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA  22902
(434) 817-9913